## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL P. JONES,** | : | **CIVIL NO. 3:15-CV-0680** |
| | : | |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **SGT. BROUSE, DEPUTY WARDEN** | : | |
| **BRYAN WEARY,** | : | |
| | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 30th day of March 2016, upon consideration of the motion (Doc. 15) to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the Court's memorandum of the same date, it is hereby

**ORDERED** that:

1. The motion (Doc. 15) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED and the complaint is dismissed in its entirety.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**